IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Levi Luginbyhl,

_____,
(Enter the full name of the plaintiff.)

NOV 25 2025

JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

v.

Red Rock Corrections Center

(1) Chaplain Nehr Kennth ,

(2) _____,

(3) _____.

(Enter the full name of each defendant. Attach additional sheets as necessary.)

Case No. CIV-25-1411-JD
(Court Clerk will insert case number)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1.      You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2.      You must provide a full name for each defendant and describe where that defendant resides or can be located.

3.      You must send the original complaint and one copy to the Clerk of the District Court.

4.      You must pay an initial fee of $400 (including a $350 filing fee and a $50 administrative fee). The complaint will not be considered filed until the Clerk receives the $400 fee or you are granted permission to proceed *in forma pauperis*.

5.      If you cannot prepay the $400 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. See 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

- If the court grants your request, the $50 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7. The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8. If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I. **Jurisdiction is asserted pursuant to:**

   ✓ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

   ___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

   If you want to assert jurisdiction under different or additional statutes, list these below:

   RFRA, RLUIPA
   bb-1   sec-1 (99)
   42 USC § 2000cc-1(a) Religious Free Excercise (2)(3)(3) g
   42 USC § 2000cc-5 Religious Land Use And Institutionalize Persons Act
   42 USC § 2000bb-4 Establishment Clause (Sea salt, oils, incenses, trumpets, matzah, hasids, wine Free of charge to indigent prisoners or books, tapes, videos... equality distribution of the funds provided by the state to each religious groups.

Rev. 10/20/2015

II. State whether you are a:

✓ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

III. Previous Federal Civil Actions or Appeals

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

   Plaintiff(s): Levi Luginbyhl

   Defendant(s): Lawton Corrections Center

   b. Court and docket number: CIV 23-00939-JD

   c. Approximate date of filing: 11/04/25

   d. Issues raised: Religious Free Excercise and other issues property conversion, etc.

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): r.v. 4th Nov. 2025 making screenings stage for property rights and Religious Claims

   f. Approximate date of disposition: Nov. 4th 2025

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

## IV. Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

    Name and any aliases: Levi Luginbyhl

    Address: 8607 S.E Flower Mound Rd. Lawton Okla,

    Inmate No.: 276471  4-D #105

2. Defendant No. 1

    Name and official position: Chaplain Neher Kenth.

    Place of employment and/or residence: Red Rock Corrections Center. 8607 S.E. Flower Mound Road Lawton Oklahoma

    How is this person sued?  ( ) official capacity, ( ) individual capacity, ( ) both

3. Defendant No. 2

    Name and official position: _____

    Place of employment and/or residence: _____

    How is this person sued?  ( ) official capacity, ( ) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

## V. Cause of Action

### Instructions

1. *Provide a short and plain statement of each claim.*

    - Describe the facts that are the basis for your claim.
    - You can generally only sue defendants who were directly involved in harming you. Describe how each defendant violated your rights, giving dates and places.
    - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*

    - Describe the constitutional or statutory rights you believe the defendant(s) violated.
    - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*

    - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

    - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you. *See* 42 U.S.C. § 1997e(a).
    - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*

    - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations. For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

Rev. 10/20/2015

6. *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. **Claim 1:**

    (1) List the right that you believe was violated: 42 § 2000cc- et seq.

    I believe I was denied "free exercise" of my Religion of The House of Yahweh. by accommodations for services each Sabbath as per the statement of beliefs. He has compelled me to other religious services and has not provided me with a place to sanctify for each service were I can use books, musical instruments, sea salt, mazah bread, videos sermons, a TV to be instructed, etc. infringing my fundamental central tenets ODOC policy, oath, etc. thus breaching a trust.

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

    Chaplain Nehr has

    See Attached. Continuation

Rev. 10/20/2015

(3) List the supporting facts: I have Requested for every claim for services through chaplain Nehee at RRCC and have filed complaints to the Attorney General, the governor, and to the County prosecutors and State legislators regarding all these religious burdens or concerns all supporting facts citing ODOC policy and State criminal laws and State Constitutional authority.

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

I request for State Funding for all religious and ritual items and for proper heaters for our Kosher meals. I am Requesting for books, tapes of religious materials, donations and purchases. I need sea salts, oils, incenses, trumpets, wine, Dunn's Yahshua's memorial, & basin for washing feet, etc. I need time and space for services and an area with reference books to study according to our Statement of beliefs. I need access to Religious music and access to the House of Yahweh for timely events, counseling and other services.

2. **Claim II:**

(1) List the right that you believe was violated: 42 USC § 2000bb to 2000bb-4. Chaplain Nehe a RRCC violated my 1st Amendment United States Constitutional rights, along with

___

___

___

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Chaplain Nehe

___

___

___

Rev. 10/20/2015

(3) List the supporting facts:

_____

_____

_____

_____

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

_____

_____

_____

_____

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Levi Lumgimbuhl_          _11/11/2025_
Plaintiff's signature          Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _11_ day of _11th_, 20_25_.

_Levi Lumgimbuhl_          _11/11/2025_
Plaintiff's signature          Date

Rev. 10/20/2015

CONTINUATION OF CLAIM:

Chaplain **Kennth Neher** in violation of the ODOC Religious policies and procedures **OP-030112** et seq in his individual capacity or in dereliction of duty in neglect my State[1] and Federal Constitutional rights, state civil and criminal statues[2]...and in violation of the **"Rules Concerning the Individual Conduct of Employees" OP-110215.** He has conspired against my civil rights their by **burdening** the **free religious exercise if my religion,** and has **committed crimes against religious conscience preventing religious acts.** On 11/14/25 he quoted OP-030112 Section 9 A1[3]. Saying religious items for use by inmates population will not be purchased by the agency through state funds clearly in violation of state law.[4] This violates the federal law citing the **"establishment clause"** of the federal constitution. He has mad it clear that House of Yahweh Members have no rights to have **oils, trumpets, sea salts, sacramental wines, salted unleavened bread, a basin for washing feet** on Yahshua's Memorial for renewing vows. He has mad it clear that only donations will be excepted even though they do not have any Ordained and Anointed priest of the House of Yahweh their to administer or steward the materials or item. All though I would personally make sure nothing was abused they will not provide or make sure that they have **sermons, music or material** available for **reference during our time of gathering** as per our **"statement of beliefs"** each sabbath. He will not give House of Yahweh time for services any longer[5] and has told me that I can attend other services since I am the only House of Yahweh member on the yard. Last year he refused to go to www.yahweh.com and to get an up-to-date **Passover date** via the observance of the **green-ear of barely and the Sacred New Moon Citing** which it is contingent upon. He give me a random date and told me that it did not matter what date it was on. He

---

1  **Oklahoma Constitution 1§2 and the United State Constitutional 1st Amendment.**
2  **57 OK ST §253, 21 OK St § 93, 914 Preventing Religious Acts , 915** Disturbing Religious Worshipet seq prohibiting compelled religious observances or practices or prohibiting the denial of gatherings etc.
3  "RTS" 000460 11/11/25.
4  See **57 OK St § 6** for bible purchase at state and county expense. See also Commerce clause **42 U.S.C. § 2000cc-1(b)(1-2).**and any minister of the gospel, disposed to aid in reforming the prisoners, and instructing them in their moral and religious duties, shall have access to them at seasonable and proper times. This includes video's (sermons), and www.bookofyahweh.com For a free on line Holy Scriptures and other www.yahweh.com. www.love860.com/streamer/streamer.html or access to any music, sermons, books of the House of Yahweh used for such worship, practice or freedoms as mad available to other inmates through the God Pod or tablet to state or private prison inmates equally.
5  He knows that one must attend services in order to use healing and **anointing oils** so he and ODOC restricts use of the items in one's cell contrary to federal statute. They refuse to provide sacramental wines even though federal authorities have said it wasn't inherently evil. They refuse to let just any inmate come and attend services in order to hear the message, thus not accommodating those who are lead by the Spirit to Seek the kingdom of Yahweh. **OP-030112B. Section-03 Facility Operations, Coordination and Management C. Attendance** Religious ceremonies and activities are open to all inmates. III. Religious Needs Assessment (5-ACI-7F-08) A. Record of Religious Preferences Each facility head will ensure that a record of the religious preferences of the inmate population is maintained in order to **allocate available time, space, and personnel resources to support the religious needs of the population at the facility. II. Religious Activities 4. Outdoor Religious Areas Unless exempted by the affected administrator of Institutions/Community Corrections, facilities will designate outdoor space for religious activities. In order to maintain the safety of the inmates and of the facility, outdoor religious activities will adhere to "Rules for Outdoor Religious Activities" (Attachment H, attached).** The chaplain does not study each religions nor cares for ensuring each religious group has the opportunity to observe days or ceremonies or ritual as required by each religion equally nor accommodates each religious central tenets. He is either promoting or inhibiting the religion of the Plaintiff and by excessive entanglement between the church and state have denied the plaintiff basic rights or practice his religion. The Freedom Challenge program is the only one being provided with special housing and Israylites., Hebrews, House of Yahweh... are being refused special housing for religious and legal reasons. Food, services even hygiene items are not clean and acceptable. The plaintiff is forced to house with and around inmates of other religions who are violating Yahweh's Laws. Such takes place every year during the Feast of Unleavened Bread when inmates or participants are forced to violate the Laws be being housed with and around non participants. The Plaintiff was forced to eat unkosher foods when he arrived at LCRF for months and was already approved for such religious diet by ODOC forms. HE was denied certain food items, services and preparations of Kosher foods in discrimination and was denied equal treatment or equal access to condiments, worm foods and a variety of breakfast meals like other inmates.

has discriminated against me in every aspect. These **discrimination**[6] continue from prison to prison being ongoing. I moved to house 4 from Chaplain Cautions office in house 1 and 2, and I am now under Chaplain Neher's direction. His direct involvement during all of this has been continual and is now an issue for initiating the action against him for his personal involvement. I have sent complaints to the District Attorney and court of Comanche county, the State Attorney General, Governor Stitt, and the Oklahoma legislature and to the United States Attorney General, The House Speaker Charles McCall and Senator John Michael Montgomery 1/6/25. They will not give me equal protection of the law so I can pursue criminal charges nor will they respond to my complaints or petitions. I am not getting equal access, equal accommodations or equal opportunities to practice my faith. I am only being burden, and denied all free exercise or freedom of my religion. The state or agency and its' chaplain substantially burdens my religion with no legitimate penalogical or security interest. With no place to pray or by being forced to cell with a member of another religion who does not have to honor Yahweh's Laws[7], **no prayer oil, sacraments, no instruments, no music, no library, and no absolute kosher meal**...I am basically denied or burdened in all religious practice of freedoms as provided to other inmates of other faiths. A **deliberate indifference** to those **rights, privileges** boils down to funds, while I cannot get a job which makes ends meet or am **unable to afford these items** to practice my faith freely. Thus, I am unable to provide for my self or my community through tithes and offerings and am being **demoralized, dehumanized and institutionalized** without the protections of citizens. I would make music and literary religious and character educational books with the skills or certificates and training I have but the facility does not provide me with such opportunities either.

This case ties into **CIV-23-00939-JD W.D.** I was overwhelmed and could not get his name in that action. They are willfully **disturbing, interrupting or disquieting any assemblage** of the House of Yahweh for religious worship by denying ritual items and tools of such worship, thus, these acts is a misdemeanor at law. The Plaintiff is not allowed to **Observe the New Moons** for security reasons even though the Muslims was allowed to keep Rama Don on there days out side. A man should not have to ask to practice every religious need that a chaplain charged with insuring. On the **3/12/2024** the **First New Moon** was observed creating a new year to start the **calendar** for the **Passover celebrated and by the House of Yahweh it started on 3/12/2024 through 4/9/24.** Yahshua's Memorial was changed as was the holy day observances and preparation day, but they refused to give us our meals at the right time because **Chaplain Kennth Neher** did not keep up with it, because it was not their religion. They told us that we had to wait till 4/22/2024 to start the **Feast** and did not coordinate it with The House of Yahweh. **The New Moons and Green ears of Barley is observed each year and contingent upon the actual citing or actual observance.** The facility chaplains who are to facilitate or manage it with **ODOC Leo Brown** and the head over kitchens service was not properly handled. So I was denied the actual **Observance and Holy Days in discrimination.** They didn't handle the matter professionally or competently. These employees have access to phones, computers and to all religious organizations of the inmate population. This **Antisemitism** and constant **assimilation and ethnocentrism** is just a few things I am facing. Every time I put on my **religious head wear** and go to the library, or try to get in a door opened by staff, are try to get to the law library, I am **targeted and harassed, and disrespected**. It is in the public interest, and that it is a public concern. **Chaplain #00185 Sent 11/2/23** concerning Sea Salt, prayer oils and Trumpets, incense and items used for **religious practices and ceremonies and rituals per OP-030112 Attachment B 1-4.** Responded to 11/6/23 stating already addressed. **#00185** sent 11/2/23 Responded to 11/6/23 by Chaplain Cation. Citing **#00184 "RTS"**. Funds are to be provided per **OP- 030112 IX..A. 1,** as per Constitutional Oath **51 OK ST § 36.2A, 36.1 Okla Const. Art 15§1, XV§1, 42 USC§2000bb-4** under the **Establishment clause** as quoted in **"RTS" #01679 Sent 10/24/23**. They Cited OP-030112 1X. A.1 stating that they will not **use agency or state funds to purchase religious items.#00053** 11/30/23 12/4/23

> **#00322 12/4/24** Religious accommodations per OP-030112 V Religious Rita/ Observances procedure violations. Mrs Cation refused to forward the request to Leo Brown of ODOC and the Law Library rerouted it without my consent defacing my records, altering them.
>
> **#00424 Sent 2/8/24** about **Yahshua's Memorial and Unleavened bread** needed. **Chaplain Cation** 2/12/24 does not provide unleavened bread.
>
> **#01213** 8/21/23 RTS for **SEA SALT.** ANSWERED 8/24/23 by **Chaplain Cation**. Sending me a religious preference form. See also **#01543** 8/28/23. Answered 8/30/23 **saying no budget.**
>
> **Op-070202 Food Preparation Services and Delivery Specifically states in 111 Service of Foods A Self-Service Food Products** in (3) condiments, seasonings, dressings, for self service use will be provides in individual

---

6   DOC policy prohibits discrimination and so does the **"Elimination of all Racial Discrimination Convention or** Treaty protected under the United States Constitution. No affirmative state actions have been taken yet that I know of.

7   This **puts one religion over another causing conflicts in violation of constitutional and statute laws.**

packages, and **II Standards For Food Preparations (4-4317) 4.** says Menus substitutions will be of equal nutritional value and will take into consideration food **flavor, texture, temperature, appearance and plat-ability for all meals.** Without a variety of breakfast meal (for lack of a kosher kitchen) cases me to be discriminated against, treated unfairly or causes me to be wronged. **A Memorandum was sent 10/18/24 etc.**
#01212 8/21/23 **HOUSE OF YAHWEH SERVICES** answered on 8/24/23 requiring a religious assessment and concerning items and provisions.
9/21/23 #747-23 RTS #328 9/6/23. 9/12/23 response grievance filed 9/14-15/23 **MICROWAVES.** Returned for affidavit which violated my religious laws.
This issue continues and recently **Unit manager Houston** said 'that the use of a **microwave** was a privilege', even though the kosher meal **accommodation** is a right. The Kitchen sends the meals frozen and the chaplain will not make sure that we get proper heated foods. As I have continually expressed microwaves violates dietary Laws and cause food poison and destroys organic matter. I have showed studies and since they give us a n alleged kosher meal only to cook it in an **UN-koshering process** then they are not providing an **adequate nutritious** and kosher meal.
**PASSOVER:**
RTS" **#01404 Filed Mar 26 2024.** Answered on 3/24/24 Saying I had it wrong that inmates are not running around drinking the **Grape Juices** dedicated for our Passover Meals and he said that **my information from who worked there was wrong.**
**#00017 1/31/24 RTS** Put on the List.
On 4/2/24 **#00132** I requested a menu of items served each day and on 4/5/24 C/O **Harrigan said that their was a menu on my housing and there is not.**
1/31/24 **#00016** "TRS"2/8/24 to Facility Administrator concerning **#00016** "TRS" about a **basin and Yahshua's** Memorial. **On Feb 13, 2024** citing a duplicate of **#00424.** None Response.
**#00221** 4/2/24 Request for time off.
**#01259** 4/18/24 RTS to **Chaplain Neher** dealing with Passover time frames. The House of Yahweh did so on **3/24/24 4/1/24...** He answered arbitrarily and failed to provide the required documents from the House of Yahweh. This matter was submitted to the Kitchen 8/18/24 filed Apr 19, 2024. It was rerouted.
9/21/23 #748-23 RTS #00330 answered 9/12/23 concerning **Condiments and discrimination per policy and law.**
**Passover menu** requested. **#01122** answered on **4/22/24** claiming it was on the Unit. I personally told him it was not. He said he does not have one even though he is responsible for meals.
**#01148 9/10/23 AFA Bowers** for a kosher menu request said he would forward to F/S on 9/21/23.
**Inmates on kosher meal when transferred are not give kosher meal when they arrive at another institution nor while transporting. The standard form is ODOC and should apply permanently.**
9/14/23 #708-23 Kosher diet application. 8/30/23 #670-23 ERS.
9/15/23 #734-23 **Prayer Oils** returned unanswered on 9/26. The prayer oils are distributed only during the time that employees are present and they cannot be used in the cell, thus an inmate is not to treat his cell as a place of prayer and ODOC will not provide prayer oils. Denying **oils in cells** in violation of the **Religious Land Use Act of Institutionalized persons Under 42 U.S.C.S.§ 2000cc to 2000cc-5 of the (RLUIPA) in Charles V. Verhagen, 220 F Supp. 2D 955.**

The meals provided by the defendants are not overseen by the House of Yahweh and the meals provided are not really kosher as the milk labels. It basically puts one religion over another and forces **dairy products that contains blood and puss, hormones, steroids, or anti antibiotics** in violation of dietary laws. Being **pasteurized and homogenized is not organic.** Such is considered as devil worship such as the **drinking of blood which is a taboo.** The dairy products of the House of Yahweh are specifically guarded for genetically modified foods, seeds, and they have a different process in Kosher laws were Jewish organizations don't follow. The **Orthodox Union** is put over the House Of Yahweh in these matters concerning koshering and holiday observances.
This Chaplain has not or will not do any thing about any of my religious issues and I have no way o verified if he was notified by ODOC, or any other potential defendant at this time. I have no way of knowing who is **liable or responsible for representing my issues, complaints** and concerns other than going through a bias or other religious chaplain at this time. He has breach his trust or duty and has not performed the spirit of the law at this time. Their is only **favoritism, discrimination and preferential treatment** being performed by this individual. He in no way represents the House of Yahweh's best interests.
  *I* suffers detriment from the unlawful act or omission of another this defendant seeking recover from the person in fault and compensation.